## ELEUTHERE IRENEE DU PONT, JACQUES BIDERMAN AND BUREAU DE PUSY v. PETER BAUDUY.

Court of Chancery.  New Castle.

Account begins, *Ridgely's Notebook III, 466.*

Hearing on the cross-bill exceptions above. Counsel for Bauduy (defendant to this cross-bill) argues that the Court of Chancery

has no jurisdiction in this cause since there is an adequate remedy at law. Counsel for Du Pont, (complainant in cross-bill) maintains that defendant cannot ignore the cross-bill, but can be required to plead, answer, or demur.

(At this point, the report ends abruptly.)